1
2
3
4
5                      UNITED STATES DISTRICT COURT
6                     NORTHERN DISTRICT OF CALIFORNIA
7

**United States District Court**
For the Northern District of California

8   SANDRA L. KINNEY, *et al.*,              No. C-12-4477 EMC

9           Plaintiffs,                      **RELATED TO**

10       v.                                  No. C-12-4478 EMC
                                             No. C-12-4615 EMC
11   BRISTOL-MYERS SQUIBB COMPANY, *et*      No. C-12-4616 EMC
     *al.*,                                  No. C-12-4617 EMC
12                                           No. C-12-4619 EMC
           Defendants.                       No. C-12-4633 EMC
13   _____/       No. C-12-4641 EMC
                                             No. C-12-4642 EMC
14   AND ALL RELATED ACTIONS.                No. C-12-4803 EMC
15
16   _____/       **ORDER STAYING LITIGATION**
                                             **PENDING DECISION BY MDL**
17                                           **JUDICIAL PANEL RE CONDITIONAL**
                                             **TRANSFER ORDER**
18
19
20          Currently pending before the Court is a motion to stay filed by Defendants Bristol-Myers

21   Squibb Co., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.

22   (collectively, "Defendants").  Defendants have filed this motion to stay in not only the *Kinney* case

23   identified above but also in nine other cases that have been related to it or to the earlier *Caouette*

24   case over which this Court presided.  Defendants have asked the Court to stay proceedings in these

25   cases pending a decision by the Judicial Panel on Multidistrict Litigation as to whether the cases –

26   currently subject to a conditional transfer order – should be part of the Plavix MDL (MDL No.

27   2418) or remain with the Northern District of California.

28

**United States District Court**
For the Northern District of California

1    For the reasons stated on the record at the April 11, 2013 hearing herein and for the reasons

2    stated by Judges Seeborg, Illston, and Henderson in their respective cases (*Aiken*, No. C-12-5208

3    RS; *Vanny*, No. C-12-5752 SI ; and *Arnold*, No. C-12-6426 TEH), the Court agrees that a stay is

4    warranted.  A stay will not prejudice Plaintiffs as a remand motion can just as easily be presented to

5    and decided by the transferee judge, especially where as here, the remand motion turns on, not on a

6    unique issue of state law, but instead on a question of federal law – *i.e.*, whether the claims against

7    McKesson are preempted.  Moreover, a stay likely would not last long; the parties anticipate the

8    conditional transfer issue will be decided shortly after May 30, 2013.  Finally, the Court agrees with

9    Judges Seeborg and Illston that "the MDL Panel's initial concern with transfer is not the motion to

10   remand, as plaintiffs have suggested, but an issue involving CAFA, which has since been resolved."

11   *Vanny*, No. C-12-5752 SI (Docket No. 32) (Order at 3).

12       Accordingly, the Court hereby stays proceedings in the above-referenced cases until further

13   order of the Court.

14

15       IT IS SO ORDERED.

16

17   Dated:  April 12, 2013

18                                                    _____

19                                                    EDWARD M. CHEN
                                                      United States District Judge
20

21

22

23

24

25

26

27

28